UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| WADE ROBERTSON,<br><br>                    Plaintiff,<br><br>   -against-<br><br>WILLIAM C. CARTINHOUR, JR., VESNA KUSTUDIC, TANJA MILICEVIC (a.k.a. TANJA POPOVIC), ALEKSANDAR POPOVIC, ALBERT SCHIBANI, PATRICK J. KEARNEY, MICHAEL BRAMNICK, ROBERT S. SELZER, CARLTON T. OBECNY, JAMES G. DATTARO, NEIL GURVITCH, ANDREW R. POLOTT, H. MARK RABIN and ELYSE L. STRICKLAND,<br><br>                    Defendants. | 10 Civ. 8442<br>(LTS)(HBP)<br><br>**NOTICE OF MOTION** |

------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon: (i) the Declaration of Peter C. Contino, dated January 13, 2011 and the exhibits attached thereto; (ii) the accompanying Memorandum of Law in support of Defendants' Motion; (iii) the affidavits of Albert Schibani, Patrick J. Kearney, Michael Bramnick, Robert S. Selzer, Carlton T. Obecny, James G. Dattaro, Neil Gurvitch, Andrew R. Polott, H. Mark Rabin and Elyse L. Strickland, and (iv) all of the pleadings and proceedings in this action, defendants Albert Schibani, Patrick J. Kearney, Michael Bramnick, Robert S. Selzer, Carlton T. Obecny, James G. Dattaro, Neil Gurvitch, Andrew R. Polott, H. Mark Rabin and Elyse L. Strickland shall move this Court before the Honorable Laura Taylor Swain, United States District Judge on a date and time to be set by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order pursuant to Rule 12(b)(2) and (6) of the Federal Rules of Civil Procedure, dismissing all claims against them, or, in the alternative, either (1) transferring the action to the United States

District Court for the District of Columbia pursuant to 28 U.S.C. § 1404(a), or (2) staying this action pending a determination in the case currently being litigated before the United States District Court for the District of Columbia, together with such other and further relief this Court shall deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that any opposing affidavits and answering memoranda shall be served on the undersigned pursuant to the Individual Practices of the Honorable Laura Taylor Swain, the Federal Rules of Civil Procedure, and the Local Civil Rules of this Court.

The undersigned counsel hereby certify that we have used our best efforts to resolve informally the matters raised in this motion, including written correspondence and telephonic communication detailing the relief requested herein and the legal and factual bases for such relief. The parties were unable to resolve such matters, necessitating the filing of this motion.

The basis for the motion is set forth in the accompanying Memorandum of Law.

Dated: Uniondale, New York
January 13, 2011

        Respectfully submitted,

        RIVKIN RADLER LLP
        Attorneys for Defendants
        Albert Schibani, Patrick J. Kearney, Michael Bramnick,
        Robert S. Selzer, Carlton T. Obecny, James G. Dattaro,
        Neil Gurvitch, Andrew R. Polott, H. Mark Rabin and
        Elyse L. Strickland

By:    */s/ Peter C. Contino*
        Peter C. Contino
        Peter R. Chatzinoff
        Carol Lastorino
        926 RXR Plaza
        Uniondale, New York 11556-0111
        (516) 357-3000